PER CURIAM.
We affirm on the authority of Trapp v. State, 736 So.2d 736 (Fla. 1st DCA), review granted, 744 So.2d 459 (Fla.1999), and certify the same question we certified therein:
WHETHER CHAPTER 95-184, LAWS OF FLORIDA, VIOLATES ARTICLE III, SECTION 6 OF THE FLORIDA CONSTITUTION?
We also certify conflict with Heggs v. State, 718 So.2d 263 (Fla. 2d DCA), review granted, 720 So.2d 518 (Fla.1998).
AFFIRMED.
BARFIELD, C.J., and ERVIN and WOLF, JJ., CONCUR.